AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| International Association of Machinists and Aerospace Workers et al <br> *Plaintiff* <br> v. <br> Nimrata Haley et al <br> *Defendant* | ) ) ) ) ) ) Civil Action No.     2:11-cv-00153-CWH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the defendants' motion to dismiss be granted and the motion to strike is moot.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable C. Weston Houck, Senior United States District Judge.


Date:    August 8, 2011                                    *CLERK OF COURT*

                                                            s/Anna Lanahan
                                                            _____
                                                            *Signature of Clerk or Deputy Clerk*