## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS and SOUTH CAROLINA AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>NIMRATA "NIKKI" HALEY in her official capacities as Governor-elect and as GOVERNOR OF SOUTH CAROLINA, and CATHERINE TEMPLETON in her personal capacity and in her official capacity as DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF LABOR, LICENSING AND REGULATION,<br><br>Defendants. | **CIVIL ACTION NO. 2:11-cv-00153-CWH**<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that all plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment and from the order granting defendants' motion to dismiss entered in this action on August 8, 2011.

s/Armand Derfner
Armand Derfner
Derfner Altman & Wilborn
575 King Street, Ste. B (29403)
Charleston, S.C. 29402
843-723-9804
843-696-7935 cell
aderfner@dawlegal.com